Cornell COOPER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 97737.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 30, 2012.

Timothy J. Forneris, Assistant Public Defender, St. Louis, MO, for appellant.

John W. Grantham, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## *ORDER*

PER CURIAM.

Cornell Cooper (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant contends that he pleaded facts showing that his counsel provided ineffective assistance of counsel by: (1) misinforming Movant about parole eligibility; (2) pressuring Movant to plead guilty; and (3) failing to thoroughly investigate his case.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).